# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NARCISO MENDOZA-GARCIA,<br><br>Defendant. | CASE NO.:   22-CR-0286-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that Mr. Mendoza-Garcia's motion hearing/trial setting currently scheduled for March 18, 2022, be continued to April 15, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  March 7, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge