UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  22-CR-0286-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| NARCISO MENDOZA-GARCIA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Mr. Mendoza-Garcia's motion hearing/trial setting currently scheduled for April 15, 2022, be continued to July 1, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: April 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge