UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>NARCISO MENDOZA-GARCIA,<br><br>  Defendant. | CASE NO.:  22-CR-0286-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Mendoza-Garcia's motion hearing/trial setting currently scheduled for July 1, 2022, be continued to August 12, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). For the reasons set forth in the joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

  **SO ORDERED.**

Dated: June 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge